**MICHAEL J.M. BROOK** (SBN 139595)
LANAHAN & REILLEY LLP
Attorneys at Law
600 Bicentennial Way, Suite 300
Santa Rosa, California 95403
Telephone: (707) 524-4200
Facsimile: (707) 523-4610

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATAI WAQAVESI AND MILIANA WAQAVESI,<br><br>        Plaintiffs,<br>v.<br><br>INDYMAC FEDERAL BANK; INDYMAC FEDERAL BANK; REGINAL SERVICE CORPORATION; MORTGAGE REGISTRATION SYSTEMS, INC.; HBA MORTGAGE, INC. ; JIM WILLIAM LANGDON, CLYDE E. WILLIAMS; JAMIE GONZALEZ and DOES 1-20 inclusive,<br><br>        Defendants. | CASE NO.: 2:09-CV-01601-WBS-GGH<br><br>**ORDER ON REQUEST FOR TELEPHONIC APPEARANCE AT OCTOBER 26, 2009 HEARING ON MOTIONS TO DISMISS/STRIKE**<br><br>Date: Monday, October 26, 2009<br>Time: 2:00 p.m.<br>Courtroom: 5, 14th Floor<br>501 "I" Street,<br>Sacramento, CA 95814<br>  Judge: The Honorable William B. Shubb |

**IT IS HEREBY ORDERED** that

Michael J.M. Brook, attorney for Plaintiffs Matai Waqavesi and Miliana Waqavesi, appear telephonically the hearing on Motions to Dismiss/Strike in the above-entitled action, currently scheduled for Monday, October 26, 2009, at 2:00 p.m., in Courtroom 5 of the above-entitled court, located at 501 I Street, Sacramento, California. The Court shall initiate the telephone conference call.

\DATED: October 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

505395                                                   - 1 -
**[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE AT OCTOBER 26, 2009 HEARING ON MOTIONS TO DISMISS/STRIKE**